**Electronically Filed**
**Supreme Court**
**SCWC-10-0000032**
**08-MAR-2012**
**09:29 AM**

NO. SCWC-10-0000032

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JACQUELINE TAMMAN, Respondent/Plaintiff-Appellee,

vs.

SAMI TAMMAN, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000032; FC-D NO. 07-1-1120)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and
Circuit Judge Kim, in place of McKenna, J., recused)

Petitioner/Defendant-Appellant Sami Tamman's

application for writ of certiorari filed on January 30, 2012, is

hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move

for retention of oral argument.

DATED:  Honolulu, Hawai'i, March 8, 2012.

Samuel P. King, Jr.,
on the application and
reply for petitioner/
defendant-appellant.

Robert M. Harris and
Jonathan W. Ware, on the
response for respondent/
plaintiff-appellee.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Glenn J. Kim

